IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KANOE REECE, ) | Civ. No. 06-00489 JMS-BMK |
| Plaintiff, ) | |
| vs. ) | SETTLEMENT AGREEMENT |
| ISLAND TREASURES ART GALLERY, INC., GAIL ALLEN, and MARYLEE LEIALOHA COLUCCI, ) | |
| Defendants, ) | |
| vs. ) | |
| KIM TAYLOR REECE, ) | |
| Counterclaim Defendant ) | |

## SETTLEMENT AGREEMENT

Plaintiff Kanoe Reece ("Plaintiff") has alleged copyright infringement by defendants Island Treasures Art Gallery, Inc., Gail Allen, and Marylee Leialoha Colucci (collectively, "Defendants") on the ground that Ms. Colucci's stained glass piece, "Nohe," infringes on Mr. Reece's photograph, "Makanani." In turn, Ms. Colucci alleged defamation by counterclaim defendant

1

**EXHIBIT A**

Kim Taylor Reece ("Counterclaim Defendant").

Plaintiff, Defendants, and Counterclaim Defendant now wish to enter into the following compromise agreement to settle all claims among them. This Agreement and the consideration exchanged therefore are in no way to be construed as an admission of liability by any person or entity whomsoever, but are to be construed strictly as a compromise of contested claims. The terms of the Agreement are as follows:

1. Defendants acknowledge that Plaintiff owns the work "Makanani," and further acknowledge that Plaintiff has a valid copyright of the work under the copyright laws of the United States. Defendants also acknowledge, without admitting any liability, that Plaintiff claims Defendants have infringed that copyright by creating and offering for sale Ms. Colucci's work, "Nohe."

2. Each of the parties hereto agrees that the Court shall issue a permanent injunction in which Defendants will be permanently enjoined from making any copies of, or otherwise infringing the copyrights of, or making works substantially similar to "Makanani" or any other copyrighted work of Plaintiff or of Kim Taylor Reece.

3. Each of the parties hereto agrees this injunction shall also direct

that "Nohe" be removed from from Island Treasures Art Gallery, that Ms. Colucci will retain ownership, possession, and control of "Nohe," and that she may display "Nohe" in her home or in another setting, as long as the nature or purpose of any such display is not commercial.

4. Each of the parties hereto agrees that this injunction shall further restrict Ms. Colucci from transferring ownership of "Nohe," either in whole or in part, except that she may bequeath the work to her heirs upon her demise, with such heir or heirs taking the work subject to the restrictions mentioned above.

5. Each of the parties hereto agree to irrevocably and fully waive any and all right to appeal the above-mentioned injunction, or to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise attack in any way, directly or collaterally, its validity or enforceability.

6. Defendant Island Treasures Art Gallery, Inc. agrees to pay $60,000 to Plaintiff for the settlement of this action. This payment shall be due no later than 14 days from the execution of this settlement agreement.

7. Each of the parties hereto agree to not offer any public statement concerning the settlement or this litigation, except to respond to any statements made by a person or persons not a party to this agreement provided, any such statements shall not be inconsistent with the terms hereof.

8. Each of the parties hereto agree that as a result of this Agreement, all claims and counterclaims in this dispute should be dismissed with prejudice.

9. Each of the parties hereto acknowledge that they have read this Agreement, have had the opportunity to have it explained by counsel of their own choosing, fully understand it and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein. Each of the parties warrants and represents that they have full authority and that there are no legal impediments to their execution and entry into this Agreement. This Agreement contains the entire agreement of the parties and supersedes any and all prior or contemporaneous discussions, agreements, representations, and warranties. The terms of this Agreement are contractual and not a mere recital. The terms of this Agreement have been negotiated and for purposes of construction or interpretation of this Agreement, no party shall be deemed to have been its author or drafter.

10. This agreement may be signed in two or more counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same instrument.

_____     Honolulu, Hawaii, Dec 13   2007
Kanoe Reede

_/s/ Kim Taylor Reece_          Honolulu, Hawaii, _____ 2007
Kim Taylor Reece

_____ Honolulu, Hawaii, _____ 2007
Island Treasures Art Gallery, Inc.

_____ Honolulu, Hawaii, _____ 2007
Gail Allen

_____ Honolulu, Hawaii, _____ 2007
Marylee Leialoha Colucci


REVIEWED AND APPROVED:

_/s/ Paul Maki_          Honolulu, Hawaii, Dec 13, 2007
Paul Maki
Mark Bernstein
Attorneys for Plaintiff Kanoe Reece and
Counterclaim Defendant Kim Taylor Reece

_____ Honolulu, Hawaii, _____ 2007
Camille Kalama
Andrew B. Sprenger
Attorneys for Defendants