AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| KANOE REECE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 06-00489 JMS BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ISLAND TREASURES ART GALLARY, INC., ET AL. | December 20, 2007<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |
| V. | |
| KIM TAYLOR REECE | |
| Counterclaim Defendant(s), | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered pursuant to the, "PERMANENT INJUNCTION AND ORDER OF DISMISSAL WITH PREJUDICE; EXHIBITS A - C", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, December 20, 2007.

cc: All counsel of record.

| | |
|---|---|
| _____December 20, 2007_____<br>Date | _____SUE BEITIA_____<br>Clerk |
| | _____/s/Gary Santos_____<br>(By) Deputy Clerk |